UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JENNIFER SIEBERT,            )
                                 )
          Plaintiff,        )
                                 )
v.                          )        Case No. 4:11 CV1330 CDP
                                 )
MICHAEL J. ASTRUE,       )
                                 )
          Defendant.     )

## <u>MEMORANDUM AND ORDER</u>

This matter is before me on plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Although plaintiff originally sought fees in the amount of $5,507.05, the parties have now agreed to an award of EAJA fees in the amount of $5,235.00.

On September 21, 2012, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees and costs, I find plaintiff[1] is entitled to an award in the amount requested.

---

[1]The fees are payable to plaintiff, not plaintiff's attorney. <u>See</u> <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521, 2524 (2010).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees

[#25] is granted only to the following extent: defendant shall pay plaintiff

$5,235.00 in attorney's fees.


CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of January, 2013.