UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JENNIFER SIEBERT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 4:11 CV1330 CDP |
| MICHAEL J. ASTRUE, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Although plaintiff originally sought fees in the amount of $5,507.05, the parties have now agreed to an award of EAJA fees in the amount of $5,235.00.

On September 21, 2012, I reversed the decision of the Commissioner and remanded the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further consideration. Because plaintiff prevailed and is not otherwise precluded from recovering attorney's fees and costs, I find plaintiff[1] is entitled to an award in the amount requested.

---

[1] The fees are payable to plaintiff, not plaintiff's attorney. See Astrue v. Ratliff, 130 S. Ct. 2521, 2524 (2010).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for attorney's fees [#25] is granted only to the following extent: defendant shall pay plaintiff $5,235.00 in attorney's fees.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of January, 2013.